No. 74–1222. WOLFF, WARDEN *v.* RICE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. In addition to those questions presented by the petition, counsel are requested to brief and argue the following question: Whether the constitutional validity of the entry and search of re-

spondent's premises by Omaha police officers under the circumstances of this case is a question properly cognizable under 28 U. S. C. § 2254. Reported below: 513 F. 2d 1280.

*Certiorari Denied*